IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT FOR VICTOR DANIEL MOROCHO-RODRIGUEZ | Docket No. 3:21-mj-169<br><br>*UNDER SEAL* |

## ORDER SEALING COMPLAINT, APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Lambert.Guinn@usdoj.gov).

SO ORDERED this 14th day of July 2021.

Signed: July 14, 2021

David S. Cayer
United States Magistrate Judge